UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERRELL RICHARDSON                  CIVIL ACTION

VERSUS

UNITED WHOLESALE MORTGAGE,     NO. 23-01548-BAJ-SDJ
LLC, ET AL.

## RULING AND ORDER

Plaintiff, proceeding *pro se*, filed a Motion for Default Judgement on December 28, 2023. (Doc. 16). Plaintiff's Motion was granted, and a Clerk's Entry of Default was entered on January 2, 2024. (Doc. 17). On January 15, 2024, Defendant Morgan Stanley Mortgage Securities Trust (MSMST) filed a Motion to Set Aside Entry of Default, (Doc. 20), which requested the Court to set aside the default entered against it on the basis of "good cause." Fed. R. Civ. P. 55(c). MSMST argues that good cause to set aside the Clerk's Entry of Default exists here because 1) MSMST's failure to respond was inadvertent, 2) Plaintiff would not be prejudiced by the Court allowing his claims to be resolved on the merits, and 3) MSMST has potentially meritorious defenses. (*Id.* at p. 1). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 27, the "R&R")**, recommending that MSMST's Motion to Set Aside Entry of Default (Doc. 20) be granted on the basis of MSMST's arguments. Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the

Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Morgan Stanley Mortgage Securities Trust's **Motion To Set Aside Entry Of Default (Doc. 20)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the **Clerk's Entry Of Default (Doc. 17)** entered against Defendant Morgan Stanley Mortgage Securities Trust on January 2, 2024 be and is hereby **VACATED**.

Baton Rouge, Louisiana, this 27th day of March, 2024

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**